LAWRENCE G. BROWN
Acting United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2795

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br> JEMMA TOVMASSIAN,            )<br>                              )<br>              Defendant.     )<br> _____ ) | 2:01-cr-303 JAM<br><br>MOTION TO DISMISS INDICTMENT<br>AND ARREST WARRANT FILED<br>AGAINST DEFENDANT JEMMA TOVMASSIAN<br>AND ORDER |

    Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment and arrest warrant in the above-captioned action filed on July 18, 2001.  Since filing the indictment, the government has not been able to locate the defendant and has come to believe that she fled the United States.  In the meantime, the government no longer has significant evidence and the potential to secure witness testimony necessary for prosecution.  Accordingly, the government is not able to proceed with the prosecution and submits

this motion to dismiss the indictment and arrest warrant filed against the defendant.

DATED: June 2, 2009                           LAWRENCE G. BROWN
                                              Acting United States Attorney


                                        By:   /s/ John K. Vincent
                                              JOHN K. VINCENT
                                              Assistant U.S. Attorney


**ORDER**

   Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment and arrest warrant filed against defendant Jemma Tovmassian on July 18, 2001, be and are hereby dismissed.

   IT IS SO ORDERED.


DATED: June 2, 2009


                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              United States District Judge


2  MOTION TO DISMISS INDICTMENT AND ARREST
   WARRANT FILED AGAINST DEFENDANT JEMMA
   TOVMASSIAN AND [PROPOSED] ORDER